IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| IRSHAD T. ALAM, | No. C 07-01311 CRB |
|     Plaintiff, | **JUDGMENT** |
|   v. | |
| MICHAEL J. ASTRUE, | |
|     Defendant. | |

The Court having granted defendant's motion for summary judgment, judgment is entered in favor of defendant and against plaintiff.

**IT IS SO ORDERED.**

Dated: June 10, 2008

CHARLES R. BREYER
UNITED STATES DISTRICT JUDGE

G:\CRBALL\2007\1311\judgment.wpd